IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| JEFFERY LAMONT POOL, | § | |
| Petitioner, | § | |
| v. | § | Civil Action No. 7:18-cv-027-O-BP |
| DAVID DUKE, Sheriff, Wichita County Sheriff's Office, | § | |
| Respondent. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

This is a habeas action brought pursuant to 28 U.S.C. § 2241 in which Petitioner challenges the validity of his extradition from Connell, Washington to Wichita Falls, Texas. The United States Magistrate Judge entered his Findings, Conclusions, and Recommendation in which he recommends that the petition be dismissed for failure to exhaust state remedies and as moot. *See* ECF No. 24. Petitioner has not filed objections. The District Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding no error, I am of the opinion that the findings of fact, conclusions of law, and reasons for dismissal set forth in the Magistrate Judge's Recommendation are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, the petition for writ of habeas corpus is **DISMISSED** for failure to exhaust state remedies and as moot.

**SO ORDERED** this **2nd day** of **January, 2019**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE